1 Lawrence D. Rohlfing
Attorney at Law: 119433
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

5 Attorneys for Plaintiff
Julio O. Madrigal
6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 | JULIO O. MADRIGAL,        ) Case No.: CV 10-6069 SP
11 |                           )
   |          Plaintiff,       ) ORDER AWARDING EQUAL
12 |                           ) ACCESS TO JUSTICE ACT
   |   vs.                     ) ATTORNEY FEES AND EXPENSES
13 | MICHAEL J. ASTRUE,        ) PURSUANT TO 28 U.S.C. § 2412(d)
   | Commissioner of Social Security, ) AND COSTS PURSUANT TO 28
14 |                           ) U.S.C. § 1920
15 |          Defendant        )
   |                           )
16 |_____)

17
    Based upon the parties' Stipulation for the Award and Payment of Equal
18
Access to Justice Act Fees, Costs, and Expenses:
19
    IT IS ORDERED that fees and expenses in the amount of $3,000.00 as
20
authorized by 28 U.S.C. § 2412 and costs in the amount of ($400.00) as authorized
21
by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22 DATE:   September 8, 2011

23
                        _____/s/_____
24                      THE HONORABLE SHERI PYM
                        UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1  Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing
2
       /s/ *Lawrence D. Rohlfing*
3  _____
   Lawrence D. Rohlfing
4  Attorney for plaintiff Julio O. Madrigal

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26